Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for RUSTEN PAHL

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RUSTEN PAHL, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 06-CR-171-OWW <br><br> **DEFENDANT RUSTEN PAHL'S** <br> **WAIVER OF PERSONAL PRESENCE** |

     Defendant RUSTEN PAHL hereby waives his right to be present in person at the hearing of any motion or other proceeding in this case, including trial confirmation, hearings on non-dispositive motions, the ordering of a continuance, or any other action taken by the Court before trial, except upon arraignment and plea, hearings on dispositive motions, trial setting, impaneling of a jury and imposition of sentence. Defendant hereby requests that the Court proceed during his every absence which the Court may permit pursuant to this waiver, and he further agrees that his interests will be deemed protected and represented at all times by the presence of his

*Defendant Rusten Pahl's waiver of personal presence*      1

PDF created with pdfFactory trial version www.pdffactory.com

1  attorney, PATIENCE MILROD, to the same extent as if defendant were personally
2  present.
3     Defendant further agrees to be present in court and ready for trial at any date
4  and time which the Court may fix in his absence.

5  Dated: May 22, 2006

6
7                           /s/ Rusten Pahl
                            RUSTEN PAHL

8  Dated:  May 25, 2006

9                           /s/ Patience Milrod
                            PATIENCE MILROD
10                          Attorney for defendant
                            RUSTEN PAHL

11
12
13  Dated:  May _24, 2006.           SO ORDERED.

14
                                 _/s/ OLIVER W. WANGER_____
15                                  Oliver W. Wanger
                                    United States District Judge

*Defendant Rusten Pahl's waiver of personal presence*                    2

PDF created with pdfFactory trial version www.pdffactory.com