McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00171 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO TAKE JUDICIAL NOTICE OF THE RELEASE ORDER AND ORDER THEREON |
| | ) | |
| RUSTEN PAHL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the court can take judicial notice of the order releasing defendant RUSTEN PAHL [defendant #11] made by Hon. James Larson in case number 01:06-cr-00162 on or about April 24, 2006 in the Northern District of California.

Defendant RUSTEN PAHL was ordered released on a $50,000.00 unsecured bond and ordered to:

    1. Appear at all proceedings as ordered by the Court and surrender for service of any sentence imposed;

    2. Not to commit any federal, state, or local crime;

    3. Not to harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513;

    4. Maintain current employment, or if unemployed shall seek and maintain verifiable employment;

    5. Have no contact with any co-defendant out of the presence of counsel.

It is further stipulated that the court can impose the same order releasing defendant RUSTEN PAHL in case number 01:06-cr-00171 OWW without further hearing.

| | |
|---|---|
| Dated: May 31, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant U.S. Attorney |
| Dated: May 31, 2006 | /s/ Patience Milrod<br>PATIENCE MILROD<br>Attorney for the Defendant |

## ORDER OF DETENTION

IT IS SO ORDERED. Defendant RUSTEN PAHL is ordered released in case number 01:06-cr-00171 OWW. The same orders regarding detention previously entered in case number 01:06-cr-00162 shall be entered in 01:06-cr-00171 OWW.

IT IS SO ORDERED.

**Dated:  June 2, 2006**           /s/ **Sandra M. Snyder**
icido3                  UNITED STATES MAGISTRATE JUDGE