1

2

3

                    UNITED STATES DISTRICT COURT
4                   EASTERN DISTRICT OF CALIFORNIA

5

6
UNITED STATES OF AMERICA,          )
7                                  )
                    Plaintiff      )          1:06-CR-171-011 OWW
8                                  )
        v.                         )          ORDER RECOMMENDING
9                                  )          FACILITY TO BUREAU OF
RUSTEN PAHL,                       )          PRISONS
10                                 )
                    Defendant      )
11  _____)

12
        The Court recommends the defendant be incarcerated at one of
13
the camps in Ashland, Sheridan or Englewood, but only insofar as it
14
is in accordance with security classification and space
15
availability.
16  IT IS SO ORDERED.

17  **Dated:    May 17, 2008**                _____/s/ Oliver W. Wanger_____
                                             UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28
                                 1